# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 16-20146

UNITED STATES OF AMERICA,

Plaintiff - Appellee

v.

SERGIO FERNANDO LAGOS,

Defendant - Appellant

United States Court of Appeals
Fifth Circuit
**FILED**
August 27, 2018
Lyle W. Cayce
Clerk

United States District Court
Southern District of Texas
**FILED**
SEP 1 8 2018
David J. Bradley, Clerk of Court

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:13-CR-554-1

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before SOUTHWICK, HAYNES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

In light of the Supreme Court's recent decision in this case, *see Lagos v. United States*, 138 S. Ct. 1684 (2018), this matter is REMANDED to the district court with instructions to delete from the restitution order $4,895,469.73 for

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-20146

General Electric Capital Corporation's legal, expert, and consulting fees incurred in investigating the fraud and its legal fees incurred in bankruptcy proceedings.